No. 04–10566. SANCHEZ-LLAMAS *v.* OREGON. Sup. Ct. Ore.; and

No. 05–51. BUSTILLO v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Motion of petitioner in No. 04–10566 for leave to proceed *in forma pauperis* granted. Certiorari in No. 04–10566 granted limited to Questions 1 and 2 presented by the petition. Certiorari in No. 05–51 granted limited to Question 1 presented by the petition. Cases consolidated, and a total of one hour allotted for oral argument.

